UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DIVISION

| | | |
|---|---|---|
| MIKE PETINSKY,<br>Individually, | : <br> : <br> : | Case No.: 1:13-cv-23458-DLG |
| Plaintiff, | : | |
| v. | : <br> : | |
| BEST BROTHERS FOOD INC.,<br>a Florida for profit Corporation., | : <br> : <br> : | |
| Defendant(s).<br>_____ / | : | |

**PLAINTIFF'S VERIFIED STATEMENT OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT**

   **COMES NOW** the undersigned counsel, Camilo F. Ortega, attorney for the Plaintiffs, Mike Petinsky, and states as follows:

1. On September 25, 2013, prior to the filing of the instant cause, I reviewed the Courts records pursuant to the PACER system and the list of "ADA Cases/Subject Property Address (2004-Present)" to ascertain whether or not the property at issue herein was the subject of any previously filed action.

2. The aforementioned search revealed no prior litigation against the Defendant or the Defendant's property for alleged violations for the same, similar, or any, violations of the ADA.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.  Executed on October 7, 2013.

Date: October 7, 2013			respectfully submitted,

						By: /S/ Camilo F. Ortega, Esq
						Camilo F. Ortega, Esq
						(Fla. Bar No.: 75387)
						Ortega Law Group, P.A.
						1888 N.W. 7th Street
						Miami, Florida 33125
						Tel: (786) 452-9709
						Fax: (305) 643-4334
						E-Mail: camilo@ortegalawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I further certify that the foregoing document is being served on all *pro se* Defendants identified on the attached service list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronic Notice of Electronic Filing.

						By: /s/ Camilo F. Ortega, Esq.
						Camilo F. Ortega

## SERVICE LIST

Case No.: 1:13-cv-23458-DLG

Served via CM/ECF
Thomas B. Bacon, Esq
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave
Cooper City, Florida 33328
E-Mail: tbb@thomasbaconlaw.com
Counsel for the Plaintiff

Served via Regular Mail
BEST BROTHERS FOOD INC.,
Registered Agent
DISLA, JESUS
7777 NW 17TH AVENUE
MIAMI, FL 33147
*Pro Se* Defendant