**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 13-23458-CIV-GRAHAM/GOODMAN

MIKE PETINSKY,

    Plaintiff,

v.

BEST BROTHERS FOOD, INC.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation for Dismissal of Case with Prejudice [D.E. 12].

**THE COURT** has considered the Stipulation, pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for sixty (60) days to enforce the terms of the Settlement Agreement. It is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case. All other pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of December, 2013.

                                          s/ Donald L. Graham
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record